THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND J. NAVARRO, Appellant. [646 NYS2d 470] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Sirkin, J.—Assault, 2nd Degree.) Present—Lawton, J. P., Wesley, Doerr, Davis and Boehm, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE MOODY, Appellant. [646 NYS2d 470] —Judgment unanimously affirmed. Memorandum: County Court did not abuse its discretion in denying the motion of defendant to withdraw his guilty plea (*see, e.g., People v Horton*, 168 AD2d 689). Defendant's plea allocution did not cast significant doubt on defendant's guilt. Defendant argues for the first time on appeal that his plea should be vacated because his factual recitation raises the possibility of an agency defense (*see generally, People v Lopez*, 71 NY2d 662, 666). We disagree (*see, e.g., People v Harris*, 186 AD2d 677, 678, *lv denied* 81 NY2d 886). Defendant's recitation establishes that defendant possessed the cocaine and gave it to other individuals; it does not establish that he merely facilitated a transaction for a buyer or acted solely for the buyer's benefit (*see, People v Lam Lek Chong*, 45 NY2d 64, *cert denied* 439 US 935; *People v Argibay*, 45 NY2d 45, *rearg denied* 45 NY2d 839, *cert denied sub nom. Hahn-DiGuiseppe v New York*, 439 US 930). (Appeal from Judgment of Wayne County Court, Sirkin, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Lawton, J. P., Wesley, Doerr, Davis and Boehm, JJ.